**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1524**

---

In re: ANTHONY WAYNE MARCH,

　　　　　Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of North Carolina, at Raleigh.  (5:19-cr-00383-M-1)

---

Submitted:  October 10, 2024                                    Decided:  October 15, 2024

---

Before WILKINSON and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Anthony Wayne March, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Wayne March petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied March's motion. *United States v. March*, No. 5:19-cr-00383-M-1 (E.D.N.C., Jun. 14, 2024). Accordingly, because the district court has decided March's case, we deny the motion for the appointment of counsel and deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*
